## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Ronald A. Perez**
      **Denisse Perez**

                **Debtor(s)**

**BK NO. 25-01626 MJC**

**Chapter 13**


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.


                Respectfully submitted,


/s/ *Denise Carlon*

Denise Carlon
11 Jun 2025, 12:20:12, EDT


        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA  19106
        215-627-1322