**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Ronald A. Perez          BK NO. 25-01626 MJC
      Denisse Perez

             Debtor(s)          Chapter 13

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                         Respectfully submitted,

                                         /s/ *Denise Carlon*
                                         Denise Carlon
                                         11 Jun 2025, 12:20:12, EDT

                                         KML Law Group, P.C.
                                         BNY Mellon Independence Center
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA  19106
                                         215-627-1322