United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-01626-MJC |
| Ronald A. Perez | Chapter 13 |
| Denisse Perez | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Jul 14, 2025 | Form ID: ntcnfhrg | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ronald A. Perez, Denisse Perez, 212 Muir Avenue, Hazleton, PA 18201-7329 |
| 5718344 | | Lehigh Valley Health Network, PO Box 981006, Boston, MA 02298-1006 |
| 5718347 | + | Manfredi Law Group, 302 East 19th Street, Suite 2A, New York, NY 10003-2889 |
| 5718360 | | US Department of Justice, Nationwide Central Intake Facility, PO Box 790363, Saint Louis, MO 63179-0363 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5718338 | | Email/Text: paymentprocessing@avanteusa.com | Jul 14 2025 18:42:00 | Avante USA, 3600 South Gessner Road, Suite 225, Houston, TX 77063 |
| 5718337 | | Email/Text: bnc-capio@quantum3group.com | Jul 14 2025 18:42:00 | AssetCare, PO Box 120540, Dallas, TX 75312-0540 |
| 5718339 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Jul 14 2025 18:42:23 | Caine & Weiner, 338 Harris Hill Road #206, Buffalo, NY 14221-7470 |
| 5718340 | + | Email/Text: bnc-capio@quantum3group.com | Jul 14 2025 18:42:00 | Capio Partners, PO Box 3498, Sherman, TX 75091-3498 |
| 5718341 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 14 2025 18:48:26 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5718342 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 14 2025 18:42:00 | Credit Collection Services, 725 Canton Street, PO Box 607, Norwood, MA 02062-0607 |
| 5718343 | ^ | MEBN | Jul 14 2025 18:40:50 | January Technologies, 176 Grand Street, Floor 4, New York, NY 10013-3786 |
| 5718345 | | Email/Text: bk@lendmarkfinancial.com | Jul 14 2025 18:42:00 | Lendmark Financial Services, 2118 Usher Street, Covington, GA 30014-2434 |
| 5723690 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2025 18:47:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5718346 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 14 2025 18:42:00 | LoanCare, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5718348 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 14 2025 18:42:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5718350 | ^ | MEBN | Jul 14 2025 18:40:20 | NCB Management Services, 1 Allied Drive, Trevose, PA 19053-6945 |
| 5718349 | ^ | MEBN | Jul 14 2025 18:40:34 | National Enterprise Systems, 2479 Edison Boulevard, Unit A, Twinsburg, OH 44087-2476 |
| 5718351 | | Email/PDF: cbp@omf.com | Jul 14 2025 19:00:18 | OneMain Financial Group, 601 NW 2nd Street, PO Box 3251, Evansville, IN 47731-3251 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5722710 | + | Email/PDF: cbp@omf.com | Jul 14 2025 18:48:37 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5718352 | ^ | MEBN | Jul 14 2025 18:40:41 | Patenaude & Felix, 2400 Ansys Drive, Suite 402B, Canonsburg, PA 15317-0403 |
| 5723364 | | Email/Text: bnc-quantum@quantum3group.com | Jul 14 2025 18:42:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5718353 | + | Email/Text: ngisupport@radiusgs.com | Jul 14 2025 18:42:00 | Radius Global Solutions, PO Box 390905, Edina, MN 55439-0905 |
| 5718354 | + | Email/Text: bnc-capio@quantum3group.com | Jul 14 2025 18:42:00 | Recoveri, 3400 Texoma Parkway, Suite 200, Sherman, TX 75090-1907 |
| 5718355 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2025 18:48:26 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5718356 | ^ | MEBN | Jul 14 2025 18:40:21 | Revco Solutions, PO Box 163279, Columbus, OH 43216-3279 |
| 5718358 | | Email/Text: bankruptcy@snapfinance.com | Jul 14 2025 18:42:00 | Snap Finance, 1193 West 2400 South, Salt Lake City, UT 84119 |
| 5718357 | + | Email/Text: DeftBkr@santander.us | Jul 14 2025 18:42:00 | Santander Bank, 450 Penn Street, MC: 10-421-MC3, Reading, PA 19602-1011 |
| 5719232 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 14 2025 18:47:57 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 5718359 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 14 2025 18:47:57 | US Department of HUD, 451 7th Street SW, Washington, DC 20410-0001 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5723691 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 16, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Ronald A. Perez pmurphy@dplglaw.com kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Denisse Perez pmurphy@dplglaw.com kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

|  |  |
|---|---|
| <div align="center">**UNITED STATES BANKRUPTCY COURT**<br>MIDDLE DISTRICT OF PENNSYLVANIA</div> | |
| In re:<br><br>Ronald A. Perez,<br>    **Debtor 1**<br><br>Denisse Perez,<br>    **Debtor 2** | Chapter    13<br><br>Case No.    5:25−bk−01626−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**August 14, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: August 21, 2025<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 14, 2025 |

ntcnfhrg (08/21)