# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Ronald A. Perez,

**Debtor 1**

Denisse Perez,

**Debtor 2**

Chapter      13

Case No.      5:25−bk−01626−MJC

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on August 19, 2025. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: October 3, 2025

orcnfpln(05/18)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Ronald A. Perez | **Chapter** 13 |
| **Debtor 1** | |
| Denisse Perez | **Case No.** 5:25-BK-01626-MJC |
| **Debtor 2** | |
| | **Matter:** Order Confirming Amended Chapter 13 Plan |

## CERTIFICATE OF SERVICE

I hereby certify that on Thursday, October 9, 2025, I served a true and correct copy of the **Order Confirming Amended Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, M-Jur., RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

Label Matrix for local noticing
0314-5
Case 5:25-bk-01626-MJC
Middle District of Pennsylvania
Wilkes-Barre
Tue Aug 19 14:53:26 EDT 2025

U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701-1500

AssetCare
PO Box 120540
Dallas, TX 75312-0540

(p)AVANTEUSA
3600 S GESSNER RD
SUITE 225
HOUSTON TX 77063-5357

Caine & Weiner
338 Harris Hill Road #206
Buffalo, NY 14221-7470

Capio Partners
PO Box 3498
Sherman, TX 75091-3498

Capital One Bank
PO Box 30285
Salt Lake City, UT 84130-0285

Credit Collection Services
725 Canton Street
PO Box 607
Norwood, MA 02062-0607

Intercoastal Financial Llc
7954 Transit Rd #136X
Williamsville, NY 14221-4117

January Technologies
176 Grand Street, Floor 4
New York, NY 10013-3786

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lehigh Valley Health Network
PO Box 981006
Boston, MA 02298-1006

(p)LENDMARK FINANCIAL SERVICES
2118 USHER ST
COVINGTON GA 30014-2434

LoanCare
3637 Sentara Way
Virginia Beach, VA 23452-4262

Manfredi Law Group
302 East 19th Street, Suite 2A
New York, NY 10003-2889

Mariner Finance
8211 Town Center Drive
Nottingham, MD 21236-5904

Mariner Finance
8211 Town Center Drive
Nottingham, MD 21236-5904

NCB Management Services
1 Allied Drive
Trevose, PA 19053-6945

National Enterprise Systems
2479 Edison Boulevard, Unit A
Twinsburg, OH 44087-2476

OneMain Financial Group
601 NW 2nd Street
PO Box 3251
Evansville, IN 47731-3251

OneMain Financial Group, LLC
PO Box 3251
Evansville, IN 47731-3251

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Patenaude & Felix
2400 Ansys Drive, Suite 402B
Canonsburg, PA 15317-0403

Quantum3 Group LLC as agent for
CF Medical LLC
PO Box 788
Kirkland, WA 98083-0788

Radius Global Solutions
PO Box 390905
Edina, MN 55439-0905

Recoveri
3400 Texoma Parkway, Suite 200
Sherman, TX 75090-1907

Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Revco Solutions
PO Box 163279
Columbus, OH 43216-3279

Santander Bank
450 Penn Street
MC: 10-421-MC3
Reading, PA 19602-1011

(p)SNAP FINANCE
PO BOX 26561
SALT LAKE CITY UT 84126-0561

(p)US DEPARTMENT OF HOUSING & URBAN DEVELOPME
ATTN OFFICE OF REGIONAL COUNSEL
801 MARKET STREET 12TH FLOOR
PHILADELPHIA PA 19107-3126

US Department of Justice
Nationwide Central Intake Facility
PO Box 790363
Saint Louis, MO 63179-0363

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102-1104

Denisse Perez
212 Muir Avenue
Hazleton, PA 18201-7329

(p)JACK N  ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011-4706

Ronald A. Perez
212 Muir Avenue
Hazleton, PA 18201-7329

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Avante USA
3600 South Gessner Road, Suite 225
Houston, TX 77063

Lendmark Financial Services
2118 Usher Street
Covington, GA 30014-2434

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541

Snap Finance
1193 West 2400 South
Salt Lake City, UT 84119

U.S. Department of Housing and Urban Develop
801 Market Street 12th Floor
Philadelphia, PA 19107

(d)US Department of HUD
451 7th Street SW
Washington, DC 20410

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)LAKEVIEW LOAN SERVICING, LLC

(d)LoanCare, LLC
3637 Sentara Way
Virginia Beach, VA 23452-4262

End of Label Matrix
Mailable recipients     36
Bypassed recipients      2
Total                   38